**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**December 15, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

MATTHEW RUCKER,

     Plaintiff - Appellant,

v.

THE VATICAN BANK; THE
WORLD BANK; THE
INTERNATIONAL MONETARY
FUND; THE FEDERAL RESERVE;
THE UNITED STATES FEDERAL
CORPORATION; THE STATE OF
KANSAS CORPORATION,

     Defendants - Appellees.

No. 15-3171
(D.C. No. 5:15-CV-03143-SAC-DJW)
(D. Kan.)

---

**ORDER AND JUDGMENT**[*]

---

Before **GORSUCH**, **O'BRIEN**, and **BACHARACH**, Circuit Judges.

Matthew Rucker, a prisoner housed at the Larned Correctional Mental

Health Facility, seeks leave from this court to proceed *in forma pauperis* and to

appeal the district court's dismissal of his complaint as legally frivolous. We do

---

[*] After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order is not binding precedent except under the doctrines of law of the case, res judicata and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

not see how we can. Even if we were to grant his motion and reach the merits of his appeal, Mr. Rucker has failed to identify any reasoned basis for reversing the district court's order. The district court's order is affirmed and the appeal is dismissed. We further note that the district court's dismissal is Mr. Rucker's third strike under 28 U.S.C. § 1915(g), restricting any future actions brought under that section. Mr. Rucker's *in forma pauperis* motion is denied. He is reminded that he is obliged to pay the filing fee in full.

ENTERED FOR THE COURT

PER CURIAM